UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERS COMMUNITY ASSOCIATION, | No. 2:15-cv-1088 TLN CKD PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| VANESSA BURTON, | |
| Defendant. | |

  Defendant, proceeding pro se, removed the above-entitled action from state court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

  On May 29, 2015, the magistrate judge filed findings and recommendations herein which were served on Defendant and which contained notice to Defendant that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed May 29, 2015 are adopted in full; and

/////

/////

1

2. The above-entitled action is summarily remanded to the Superior Court of California, County of Yolo.

IT IS SO ORDERED.

Dated: July 13, 2015

Troy L. Nunley
United States District Judge

2